IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DANNY LEE GREEN**
Reg # 10822-064                                                                                         **PETITIONER**

v.                                   **CASE NO. 2:10cv00130 BSM/BD**

**T.C. OUTLAW**                                                                                        **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere have been received. Petitioner Danny Green ("Green") has filed objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Green's petition for habeas corpus [Doc. No. 1] is dismissed without prejudice.

2. Green's motion for leave to proceed *in forma pauperis* [Doc. No. 2] is denied as moot.

3. Green's motions for order [Doc. Nos. 3, 6] are denied as moot.

Dated this 3rd day of November, 2010.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE