# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DANNY LEE GREEN**
Reg # 10822–064                                                                                            **PETITIONER**

v.                            **CASE NO.  2:10CV00130 BSM/BD**

**T.C. OUTLAW**                                                                                              **RESPONDENT**

## JUDGMENT

In accordance with the order entered this date, judgment is entered dismissing Danny Lee Green's petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 3rd day of November, 2010.


_____
UNITED STATES DISTRICT JUDGE